# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                          Case Number:  3:18–bk–31410–SHB
Jerry A. Thompson   xxx–xx–1251                 Chapter:  7

    Debtor(s)

## NOTICE OF HEARING

    Notice is hereby given that a hearing will be held on 3/14/19 , at 09:00 AM, in Courtroom 1C, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902 on the following:

    *45* – Notice of Intent to Sell Real and Personal Property Filed by F. Scott Milligan on behalf of Trustee W. Grey Steed. Objections due by 03/25/2019. (Attachments: # 1 Index # 2 Proposed Order) (Milligan, F.)

    *49* – Objection to Trustee's Proposed Sale of Property Filed by Thomas H. Dickenson on behalf of Creditor Citizens First Bank. (Dickenson, Thomas)

**Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013–1(f)(4), the moving party and any objecting party are required to attend this hearing. If the moving party or objecting party fails to attend this hearing and the absence has not been excused by the court, the court may conclude that the absent party no longer desires to pursue its motion or objection and at the hearing summarily deny the motion or overrule the objection based on that conclusion. Similarly, the court may deem the failure of any other noticed party to attend the scheduled hearing as a lack of opposition to the granting of the relief requested in the motion.**

Dated: 3/8/19

William T. Magill
Clerk of the Bankruptcy Court

By:  hhc
Deputy Clerk